# ALABAMA COURT OF CRIMINAL APPEALS



April 25, 2025

**CR-2023-0987**
Thomas L. Davis v. Alabama Board of Pardons and Paroles (Appeal from
Montgomery Circuit Court: CV-23-389)

## NOTICE

You are hereby notified that on April 25, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk